```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 20292
    JOHN LEWIS
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-5531

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 05/25/2004 and was confirmed 08/18/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  40.67%.

    The case was paid in full 07/10/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT       INTEREST      PRINCIPAL
                                                               PAID           PAID
--------------------------------------------------------------------------------
GREAT AMERICAN FINANCE    UNSECURED          9250.00            .00          3761.70
ARONSON FURNITURE         SECURED             978.00            .00           978.00
ARONSON FURNITURE         UNSECURED          2609.63            .00          1061.26
ARONSON FURNITURE CO      UNSECURED              .00            .00              .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY        1,696.92                       1,696.92
TOM VAUGHN                TRUSTEE                                             422.15
DEBTOR REFUND             REFUND                                              319.97

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS               DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              8,240.00

PRIORITY                                          .00
SECURED                                        978.00
UNSECURED                                    4,822.96
ADMINISTRATIVE                               1,696.92
TRUSTEE COMPENSATION                           422.15
DEBTOR REFUND                                  319.97
                    ---------------       ---------------
TOTALS               8,240.00                8,240.00
```

          PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 20292 JOHN LEWIS

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/28/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE